**People of the State of Illinois, Plaintiff-Appellee, v. Melvin Thomas, Defendant-Appellant.**

**Gen. No. 53,569.** 

First District, Third Division.

March 19, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Stuart B. Scudder and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.